UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BENDU HAYNES, :
    Plaintiff, :
     :
    v. :    No. 5:25-cv-4992
     :
READING HOSPITAL,[1] :
    Defendant :

**O R D E R**

**AND NOW**, this 21st day of January, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    The Clerk of Court is directed to **CORRECT** Defendant's name to "Reading Hospital."

    2.    The Motion to Dismiss, ECF No. 8, is **GRANTED in part and DENIED in part** as follows:

        A.    The request to dismiss pre-resignation claims is denied.

        B.    The request to dismiss post-resignation claims is granted. All claims based on post-resignation conduct are dismissed with prejudice.

    3.    **Within fourteen (14) days of the date of this Order**, Defendant shall file an Answer to all pre-resignation claims.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge

---

[1] Reading Hospital is incorrectly identified in the Complaint as "Reading Hospital (Tower Health)." *See* Def. Brief 1 n.1, ECF No. 8-1.